UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH P. AUSIKAITIS, derivatively on behalf of MASIMO CORPORATION,<br><br>                       Plaintiff,<br><br>vs.<br><br>JOE KIANI, STEVEN J. BARKER, EDWARD L. CAHILL, ROBERT COLEMAN, JACK LASERSOHN, SANFORD FITCH, JON COLEMAN, MARK P. DE RAAD, RICK FISHEL, YONGSAM LEE, and ANAND SAMPATH,<br><br>                       Defendants,<br><br>   -and-<br><br>MASIMO CORPORATION, a Delaware Corporation,<br><br>                       Nominal Defendant. | C.A. No. 12-cv-01175-SLR<br><br>**JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

At Wilmington this 4th day of September 2013, the parties have satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1(a) and (b);

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by September 13, 2013 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Discovery.**

    (a) It is currently anticipated that Discovery will be needed on the following subjects:

        (i) The history, interpretation, and administration of Masimo's 2007 Stock Incentive Plan, Non-Employee Director Compensation Policy, CEO and Executive Officer Equity Award Compensation Policy, and any other relevant Masimo compensation policy;

        (ii) The 2008-2011 stock option grants alleged in the Complaint;

        (iii) Masimo's policies, practices, procedures and internal controls relating to stock option grants and the financial reporting of equity compensation;

        (iv) Masimo's amended and restated Articles of Incorporation and exculpation of liability provisions;

        (v) Plaintiff Joseph Ausikaitis' purchase, sale, and/or holdings of Masimo securities and other relevant securities dealings.

    (b) Document discovery shall be substantially completed by January 31, 2014 with privilege logs substantially completed and served on or before February 14, 2014.

        (i) In the absence of agreement among the parties or by order of the court, the court's "Default Standard for Discovery, Including Discovery of Electronically Stored Information" ("ESI") shall govern.

    (c) Each side shall be limited to a maximum of 50 interrogatories and a maximum of 50 requests for admission.

(d) All fact discovery, including depositions, shall be completed by July 31, 2014.

(e) In the absence of agreement among the parties or by order of the Court, no deposition (other than those noticed under Fed. R. Civ. P. 30(b)(6)) shall be scheduled prior to the completion of document production.

(f) The limit of 10 depositions per side without leave of Court imposed by Fed. R. Civ. P. 30(a)(2)(A)(i) shall not apply. Instead, each side shall be entitled to take a maximum of 15 depositions. Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties.

(g) Expert discovery, including expert depositions, shall be completed by September 26, 2014.

(i) Expert reports on issues for which the parties have the burden of proof shall be served no later than August 22, 2014.

(ii) Any Party's expert report intended to rebut any other expert report shall be served no later than September 12, 2014.

(h) Supplementation of disclosures under Rule 26(e) are due on or before September 19, 2014.

(i) Discovery Disputes. Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to two (2) Rule 37 motions. The court shall remain available by telephone conference to resolve disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before April 30, 2014.

4. **Settlement Conference**.  Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge for the purposes of exploring ADR.

5. **Summary Judgment Motions.**

   (a) All summary judgment motions shall be served and filed on or before October 14, 2014.  Briefing shall be pursuant to D. Del. LR 7.12.  No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

   (b) The hearing on the motion(s) for summary judgment will be held on December 12, 2014 at _____.

6. **Applications by Motion**. Any application to the Court shall be by written motion filed with the clerk. The Court will not consider applications and requests submitted by letter or in a form other than a motion, absent express approval by the Court.

   (a) Any non-dispositive motion should contain the statement required by D. Del. LR 7.1.1.

   (b) No telephone calls shall be made to chambers.

   (c) Any party with an emergency matter requiring the assistance of the Court shall e-mail chambers utilizing the "Email Request for Emergency Relief" and "Opposing Counsel's Response" forms posted on Judge Robinson's website and email the completed forms to slr_civil@ded.uscourts.gov. The email shall provide a short statement describing the emergency. NO ATTACHMENTS shall be submitted in connection with said emails.

7. **Motions in limine**.  Motions in Limine shall be filed on or before February 10, 2015.

8. **Pretrial Conference**. A pretrial conference will be held on February 24, 2015 at ____ in courtroom 4B, fourth floor, Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial**. This matter is scheduled for a seven (7) day jury trial commencing on March 30, 2015 at ____ in courtroom 4B, fourth floor, Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
The Honorable Sue L. Robinson